**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7800**

———————

DANIEL R. MARTIN,

                              Plaintiff - Appellant,

    and

WARREN CHASE; TERRY DORSEY; WILBUR SUTTON;
LEON NOEL; ZACHARY MARTIN; COLANDO COLBERT;
DOMINIC NEWSOME; MARQUIS DEAL; MICHAEL MILLER;
ALVIN JONES; JERMIAH JONES; TROY JONES;
CHARLES REED; KEVIN GRAVES,

                              Plaintiffs,

    versus

JACK KAVANAGH, Warden; BERNARD JONES, Lieuten-
ant; D. WHITE, Sergeant; CORRECTIONAL OFFICER
CARTER; CORRECTIONAL OFFICER FLINT; CORREC-
TIONAL OFFICER QUEEN; H. TOLBERT, Correctional
Officer; CORRECTIONAL OFFICER POTEE; CORREC-
TIONAL OFFICER MCCOY; CORRECTIONAL OFFICER
LASONER; CORRECTIONAL OFFICER BRAXTON,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-98-977-JFM)

———————

Submitted:  February 25, 1999          Decided:  March 10, 1999

———————

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Daniel R. Martin, Appellant Pro Se.  John Jospeph Curran, Jr., Attorney General, David Phelps Kennedy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Martin appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. See <u>Martin v. Kavanagh</u>, No. CA-98-977-JFM (D. Md. Dec. 1, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>